IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Maclin, Shawnetta

Printed: 10/2/07

Case Number: 07 B 12227
Judge: Hollis, Pamela S

Filed: 7/10/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: August 20, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 6. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 7. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 8. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 9. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 10. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |

_____   _____
$ 0.00       $ 0.00

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Maclin, Shawnetta

Printed:  10/2/07

Case Number:  07 B 12227
Judge:  Hollis, Pamela S
Filed:  7/10/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Denise Ashley*